IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA DENNIS and CARROLIN DENNIS, <br><br> Plaintiffs, <br><br> v. <br><br> BFS OPERATIONS, LLC, <br><br> Defendant. | Civil Action No.: No.: **2:23-cv-0396-RDP** |
| BFS OPERATIONS, LLC, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> PRO SERVICES, INC., <br><br> Third-Party Defendant. | CONSENT. |

### BFS OPERATIONS, LLC'S CONSENT MOTION TO EXTEND DEADLINE TO RESPOND TO PRO SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT

BFS Operations, LLC moves, with the consent of Pro Services, Inc., to extend the deadline to respond to Pro Services' Motion for Summary Judgment [Docs. 55 and 57-60] by twenty-one days. The Parties are negotiating in good faith to resolve BFS's Third-Party Claims and have reached an agreement in principle. However, current counsel of record for Pro Services expects that separate outside counsel for Pro Services will complete any negotiations. Therefore, BFS respectfully requests that the Court extend its deadline to respond to Pro Services' Motion to provide the Parties time to finalize their agreement and, hopefully, obviate any need for a response to the Motion. Undersigned counsel for BFS has conferred with counsel for Pro Services, who does not object to the relief sought herein.

Respectfully submitted this 18th day of November 2024.

        *s/Ethan A. Wilkinson*
        ETHAN A. WILKINSON, ESQ.
        JONATHAN M. HOOKS, ESQ.
        *Counsel for Defendant BFS Operations, LLC*

**OF COUNSEL:**
WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
100 Corporate Parkway
One Lake Level
Birmingham, Alabama 35242
ewilkinson@wwhgd.com
jhooks@wwhgd.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have on November 18, 2024, electronically filed the foregoing using the CM/ECF system, which will automatically notify all counsel of record.

        *s/Ethan A. Wilkinson*
        **OF COUNSEL**