# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JOSHUA DENNIS and CARROLIN DENNIS** | |
| Plaintiffs, | **CIVIL ACTION NO.:** |
| v. | **2:23-CV-00396-RDP** |
| **BFS OPERATIONS, LLC.,** | |
| Defendant. | |
| **BFS OPERATIONS, LLC,** | |
| Third-Party Plaintiff, | |
| v. | |
| **PRO SERVICES, INC.,** | |
| Third-Party Defendant. | |

## NOTICE OF APPEARANCE

**COMES NOW**, Elli Anne Bradley of Christian & Small, LLP, and enters her appearance as additional counsel for the Third Party Defendant, Pro Services, Inc., and requests service of all pleadings, orders, motions, notices, and correspondence.

**Respectfully submitted on this November 19, 2024**

/s/ Elli Anne Bradley
John W Johnson II (ASB-1471-H69J)
Hannah E. Black (ASB-4533-W65X)
Elli Anne Bradley (ASB-1728-H04D)

**OF COUNSEL:**

**CHRISTIAN & SMALL LLP**
505 20th Street North
Suite 1800
Birmingham, AL 35203
Telephone: (205) 795-6588
Facsimile: (205) 328-7234
jwjohnson@csattorneys.com
heblack@csattorneys.com
eabradley@csattorneys.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following; and I hereby certify that I have mailed by United States Postal Service the document to any non-CM/ECF participants, on this the 19th day of November, 2024.

Ethan Wilkinson
Jonathan M. Hooks
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
100 Corporate Parkway, One Lake Level
Birmingham, AL 35242
ewilkinson@wwhgd.com
jhooks@wwhgd.com


Christopher A. Keith
Richard Allen Wright
WETTERMARK KEITH, LLC
100 Grandview Place, Suite 350
Birmingham, AL 35243
chris@wkfirm.com
rwright@wkfirm.com

                                            */s/ Elli Anne Bradley*
                                              OF COUNSEL