IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA DENNIS and CARROLIN DENNIS, <br><br> Plaintiffs, <br><br> v. <br><br> BFS OPERATIONS, LLC, <br><br> Defendant. | Civil Action No.: No.: **2:23-cv-0396-RDP** |

### SUPPLEMENTAL NOTICE OF CONVENTIONAL FILING OF EVIDENTIARY MATERIAL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

BFS Operations, LLC files this Supplemental Notice of Conventional Filing for the following exhibits identified in its Evidentiary Submission in Support of BFS's Motion for Summary Judgment [Doc. 72]. As set forth in BFS's Evidentiary Submission, the following exhibits are video files and are being delivered on a flash drive to chambers:

- Exhibit 8: Composite Set of Surveillance Video Footage, BFS_000467-486.
- Exhibit 10: Video Taken the Day of the Accident of Forklift Backup Alarm, BFS_001915.
- Exhibit 12: Composite Set of Dash Cam Video Footage, Bates Nos-000007-10.

A copy of these files will be delivered to counsel for Plaintiffs. All other exhibits have been e-filed.

Submitted November 22, 2024.

*s/ Ethan A. Wilkinson*
ETHAN A. WILKINSON, ESQ.
JONATHAN M. HOOKS, ESQ.
*Counsel for Defendant BFS Operations, LLC*

**OF COUNSEL:**
WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
100 Corporate Parkway

One Lake Level
Birmingham, Alabama 35242
ewilkinson@wwhgd.com
jhooks@wwhgd.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have on November 22, 2024, electronically filed the foregoing using the CM/ECF system, which will automatically notify all counsel of record.

                                                          *s/Ethan A. Wilkinson*
                                                          **OF COUNSEL**