IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA DENNIS and<br>CARROLIN DENNIS,<br><br>    Plaintiffs,<br><br>v.<br><br>BFS OPERATIONS, LLC,<br><br>    Defendant. | Civil Action No.: No.: **2:23-cv-0396-RDP** |
| BFS OPERATIONS, LLC,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>PRO SERVICES, INC.,<br><br>    Third-Party Defendant. | |

**JOINT STIPULATION OF DISMISSAL OF THIRD-PARTY CLAIMS AGAINST DEFENDANT PRO SERVICES, INC. WITHOUT PREJUDICE**

Third-Party Plaintiff BFS Operations, LLC and Third-Party Defendant Pro Services, Inc. jointly stipulate pursuant to Rule 41 of the Federal Rules of Procedure to dismissal of BFS's Third-Party Complaint [Doc. 33] and all third-party claims pending against Pro Services without prejudice. Each party will bear its own costs.

Respectfully submitted this 10th day of December 2024.

*s/Ethan A. Wilkinson*
ETHAN A. WILKINSON, ESQ.
JONATHAN M. HOOKS, ESQ.
*Counsel for Third-Party Plaintiff BFS Operations, LLC*

**OF COUNSEL:**
WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
100 Corporate Parkway
One Lake Level
Birmingham, Alabama 35242
ewilkinson@wwhgd.com
jhooks@wwhgd.com

                                                 *s/John W. Johnson* (w/ consent)
                                                 JOHN W. JOHNSON, ESQ.
                                                 HANNAH E. BLACK, ESQ.
                                                 *Counsel for Third-Party Defendant Pro Services Inc.*

**OF COUNSEL**
Hannah E. Black
John W. Johnson
Christian & Small, LLC
Financial Center
505 20th St N # 1800
Birmingham, AL 35203
heblack@csattorneys.com
JWJohnson@csattorneys.com

 

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on December 10, 2024, I electronically filed the foregoing using the CM/ECF system, which will automatically notify all counsel of record.

                                                 *s/Ethan A. Wilkinson*
                                                 **OF COUNSEL**