UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOSHUA DENNIS, et al.,** } | |
| } | |
| **Plaintiffs,** } | |
| } | |
| v. } | Case No.: 2:23-CV-396-RDP |
| } | |
| **BFS OPERATIONS, LLC,** } | |
| } | |
| **Defendant.** } | |

## ORDER

Before the court is the Joint Stipulation of Dismissal of Third-Party Claims Against Defendant Pro Services, Inc. Without Prejudice filed by Third-Party Plaintiff BFS Operations, LLC and Third-Party Defendant Pro Services, Inc. (Doc. # 75). The parties jointly stipulate to dismiss BFS's Third-Party Complaint (Doc. # 33) and all third-party claims pending against Pro Services, Inc. In accordance with the Joint Stipulation (Doc. # 75), the court hereby **ORDERS** that BFS's Third-Party Complaint (Doc. # 33) and all third-party claims pending against Pro Services, Inc. shall be, and are, **DISMISSED WITH PREJUDICE**. This dismissal shall not affect any other right, claim, or cause of action which Plaintiffs have, or may have, against any remaining Defendants in this case.

**DONE** and **ORDERED** this December 10, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE